

# NUMBER 13-14-00231-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE OLD AMERICAN COUNTY MUTUAL FIRE INSURANCE COMPANY

### On Petition for Writ of Mandamus and Motion for Temporary Relief.

# ORDER

### Before Justices Garza, Benavides, and Perkes
### Per Curiam Order

Relator, Old American County Mutual Fire Insurance Company, filed a petition for writ of mandamus on April 22, 2014, contending that the trial court abused its discretion by denying relator's plea to the jurisdiction. The Court requests that the real parties in interest, Melissa Rosales, or any others whose interest might be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
21st day of April, 2014.